# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17-MJ-046--DCK |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHARON KAY WOLGAMOT | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Dismiss Complaint" (Document No. 14) filed January 31, 2018. Having carefully considered the motion, and noting Defendant does not object to the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Dismiss Complaint" (Document No. 14) is **GRANTED**, and the Complaint is dismissed without prejudice.

**SO ORDERED**.

Signed: January 31, 2018

David C. Keesler
United States Magistrate Judge